**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JAMES PLATZ, JR.** **PLAINTIFF**

**V.** **No. 3:26-cv-00320-KGB-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner** **DEFENDANT**

**ORDER**

Plaintiff's motion to proceed in forma pauperis (*Doc. 1*) is GRANTED. Plaintiff may proceed without prepayment of fees and costs. The Clerk of Court will notify the Commissioner of this case pursuant to Rule 3 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g).

So Ordered 18 November 2026.



UNITED STATES MAGISTRATE JUDGE